_____

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 17, 2017

_____

SHELLEY D. KROHN, TRUSTEE
E-mail: Shelley@TrusteeKrohn.com
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 421-2210
Fax: (702) 366-1939
Plaintiff in proper person

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-S-16-13297-MKN |
| MICHAEL C. AUSTIN | Chapter 7 |
| Debtor. | |
| SHELLEY D. KROHN, Trustee | Adv. No. 16-1107 |
| Plaintiff, | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| MICHAEL C. AUSTIN, | Date: January 11, 2017 |
| | Time: 9:30 a.m. |
| Defendant. | |

The Trustee's Motion for Default Judgment came on regularly for hearing on January 11, 2017, at the hour of 9:30 a.m., before a United

1

States Bankruptcy Judge.  SHELLEY D. KROHN, Trustee, appeared personally, but no other appearances were made.  The Court finding that notice was given to the Debtor, and interested parties, no response having been filed or heard, and good cause appearing therefor,

 **IT IS HEREBY ORDERED** that the Trustee's Motion for Default Judgment is approved.

 **IT IS FURTHER ORDERED** that the Debtor's Discharge is DENIED.

 **IT IS FURTHER ORDERED** that the scheduling conference set for January 19, 2017 at 10:00 a.m. is vacated.

Submitted by:

_____
SHELLEY D. KROHN, TRUSTEE

ALTERNATIVE METHOD re RULE 9021:

In accordance with Local Rule 9021, the Trustee submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

 _____ The Court waived the requirement set forth in LR9021(b)(1).

 __x____ No parties appeared at the hearing or filed an objection to the motion.

 _____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

 ___X___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

2